USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :      ORDER OF RESTITUTION

         -v-                   :
                                      20 Cr. 262 (MKV)
HAPOALIM (SWITZERLAND) LTD.,
                               :
              Defendant.
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Sagar K. Ravi and Timothy V. Capozzi, Assistant United States Attorneys, and Nanette L. Davis and Todd L. Ellinwood, Special Assistant United States Attorneys, of counsel; the defendant Hapoalim (Switzerland) Ltd.'s conviction on Count One of the of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

   1. Hapoalim (Switzerland) Ltd., the defendant, shall pay restitution in the amount of $138,908,073, pursuant to 18 U.S.C. § 3663, to the following victim of the offense charged in Count One of the Information:

>       IRS-RACS
>       Attn: Mail Stop, 6261, Restitution
>       333 West Pershing Avenue
>       Kansas City, MO 64108

2. Restitution shall be paid by May 7, 2020 directly to the victim via electronic funds transfer pursuant to payment instructions previously provided to the defendant.

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

ENTERED this __5th__ day of May, 2020